

| U.S. Pat. No. 7,201,764<br>Filed: Nov. 15, 2002<br>Issued: April 10, 2007<br>Inventor: Pearl et al<br>Assignee: Lexington International, LLC | **NutraLuxeMD NutraStim Laser Comb** |
|---|---|
| **CLAIM 25** | |
| 1. A handheld laser hair treatment device, comprising: |    <br>The "Nutrastim" Laser Comb is marketed as a "low level laser light therapy for the promotion of hair growth in men and women" (See Instruction Manual. Rev. B) and is sized to fit within a user's hand. |
| a housing and a handle; | The Nutrastim Laser Comb includes a housing configured to house the laser beams and the electronic components, and a handle configured to be grasped by the user. (See Instruction Manual. Rev. B, Page 8). |
| a laser assembly secured within or to said housing for outputting a laser beam, said housing further including non-light emitting hair deflection | The Nutrastim Laser Comb includes a laser assembly including 12 laser beams coupled to the housing (See Instruction Manual. Rev. B, Page 11). The Nutrastim Laser Comb includes "teeth" that part the user's hair (hair deflection means) and are separate and apart from the laser assembly and the teeth do not include any light emitting structures. The teeth are configured to "reveal" the scalp when the device is moved through the |



| | |
|---|---|
| means positioned such that the laser beam is between said hair deflection means, further comprising: | hair.  The laser beams are position between the teeth (See Instruction Manual. Rev. B, Pages 3, 6, and 8). |
| the laser beam having a light output at least a portion of which has an approximate wavelength of a red-light source, further, the laser beam being emitted at a distance from the individual's scalp and projected from the laser assembly toward the individual's scalp; and | The Nutrastim Laser Comb includes a plurality of laser beams, which direct laser light outward from the laser assembly.  The laser assembly includes laser means which output laser energy at a wavelength of 655nm +- 10nm visible red light. (See Instruction Manual. Rev. B, Pages 6, 11) |
| a power source for supplying power to the laser beam assembly; | The Nutrastim Laser Comb includes a NiMH 2.4V battery, 600mAh (See Instruction Manual. Rev. B, Page 11). |
| whereby the scalp of the individual is exposed during application of energy from the laser beam to the scalp. | Because the scalp is revealed by the teeth, the light emitted from the Nutrastim Laser Comb contacts the user's scalp. |

688943